# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08cv237

| | |
|---|---|
| ALMO MUSIC CORP., et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ETTLED, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the consent Motion to be Excused from Mediation. Having considered the consent motion and reviewed the pleadings, and it appearing that the parties have attempted and exhausted means of resolution of this case, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the consent Motion to be Excused from Mediation (#29) is **GRANTED,** and the requirement of mediation in this case is stricken for financial reasons.

Signed: February 7, 2009

Dennis L. Howell
United States Magistrate Judge

-1-